IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISIE CERRILLO, *Individually and on behalf of the Estate of Rosa Prince, Deceased*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-753-RP |
| AETNA LIFE INSURANCE COMPANY and COX ENTERPRISES INC. WELFARE BENEFITS PLAN, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On June 18, 2019, the parties dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 11). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on June 19, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE